

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

Nos. 04-18-00458-CR, 04-18-00459-CR & 04-18-00460-CR

Victor **RIGGAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law, Kerr County, Texas
Trial Court Nos. CR171326, CR171327 & CR171328
Honorable Susan Harris, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the judgments of the trial court are AFFIRMED.

SIGNED April 10, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice